UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASSIE MARTINEZ,　　　　　　　　　　　CASE NO. 2:20-CV-10876

　　　　Plaintiff,　　　　　　　　　　　　HON. SEAN F. COX

vs.　　　　　　　　　　　　　　　　　　MAG. MICHAEL J. HLUCHANIUK

RED LOBSTER HOSPITALITY LLC,
A Florida Corporation,

　　　　Defendant.

---

| | |
|---|---|
| CASSIE MARTINEZ<br>20245 Sorrento<br>Detroit, Michigan 48235<br>248-688-5278<br>***Plaintiff – Pro se***<br>By: Law Office of Barbara A. Patek P.L.C.<br>(Limited Appearance, Pursuant to Court Order)<br>Barbara A. Patek (P34666)<br>27 E. Flint Street, Suite 2<br>Lake Orion, Michigan 48326<br>(313) 410-1979 (cell)<br>pateklaw@gmail.com<br>In her Capacity as Director<br>Federal Pro Se Legal Assistance Clinic<br>proseclinic@udmercy.edu | GARY C. ANKERS (P41599)<br>DENA SHUAYTO NEHME (P79090)<br>LITTLER MENDELSON, P.C.<br>200 Renaissance Center<br>Suite 3110<br>Detroit, Michigan  48243<br>(313) 446-6401<br>dnehme@littler.com<br>***Attorneys for Defendant*** |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Cassie Martinez and Defendant Red Lobster Hospitality LLC, having stipulated to the entry of an Order dismissing this case with prejudice and without costs or fees, and the Court being otherwise fully-advised in the premises;

IT IS HEREBY ORDERED that this matter is *Dismissed with Prejudice* and without fees or costs as to any Party.

This Order resolves the last pending claim and closes the case.

Dated: May 7, 2021

                                 s/Sean F. Cox
                                 Honorable Sean F. Cox
                                 United States District Court Judge

The parties, through their respective counsel, hereby stipulate to the entry of the above Order.

| | |
|---|---|
| Cassie Martinez | /s/ Gary C. Ankers |
| *Plaintiff- Pro Se* | Gary C. Ankers (P41599) |
| | LITTLER MENDELSON, P.C. |
| | *Attorneys for Defendants* |
| Dated: May 4, 2021 | Dated: May 4, 2021 |

2